B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
## __MIDDLE__ District Of __FLORIDA__

In re __PATCHIAMMAL BENJAMIN__,           ) Case No. __6:16-bk-00994-CCJ__
       Debtor*                                            )
                                                      ) Chapter __7__
                                                      )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

      A petition under title 11, United States Code was filed against you in this bankruptcy court on __February 17, 2016__ (date), requesting an order for relief under chapter __7__ of the Bankruptcy Code (title 11 of the United States Code).

      **YOU ARE SUMMONED** and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

      Address of the clerk:
      US. Bankruptcy Court, Middle District of Florida
      400 West Washington St, Suite 5100
      Orlando, Florida 32801

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

      Name and Address of Petitioner's Attorney:
      Rashan Wood
      940 Stone Chapel Ct.
      Apopka, Florida 32712

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

      __LeeAnn Bennett__ (Clerk of the Bankruptcy Court)

Date: __2/18/2016__    By: __Faye Coleman-Giddens__ (Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

B2500E (Form 2500E) (12/15)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

Print Name: _____

Business Address: _____

_____