**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:                                                             CASE NO.: 6:16-bk-00994-RAC
                                                                             CHAPTER 7

**Patchiammal Benjamin**
**aka Pachi Benjamin,**

  Debtor.
_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2007-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2007-OPT5 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

                                      Robertson, Anschutz & Schneid, P.L.
                                      Authorized Agent for Secured Creditor
                                      6409 Congress Ave., Suite 100
                                      Boca Raton, FL 33487
                                      Telephone: 561-241-6901
                                      Facsimile: 561-997-6909
                                      By: /s/Alicia Battern
                                      Alicia Battern, Esquire
                                      Email: abattern@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 11, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

PATCHIAMMAL BENJAMIN
AKA PACHI BENJAMIN
1853 CONCORD DRIVE
APOPKA, FL  32703

RASHAN WOOD
940 STONE CHAPEL CT
APOPKA, FL 32712

UNITED STATES TRUSTEE - ORL7/13
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL  32801

 

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Alicia Battern
Alicia Battern, Esquire
Email: abattern@rasflaw.com