[orlfdflt] [Order for Relief]

**Dated: May 17, 2016**

ORDERED.

*Roberta A. Colton*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:   Case No. 6:16–bk–00994–RAC
    Chapter 7

Patchiammal Benjamin
aka Pachi Benjamin

_____Debtor*_____/

### ORDER FOR RELIEF

THIS CASE came on for consideration of an appropriate order in the above–captioned case. The Court finds that an involuntary creditors' petition was filed on 02/17/2016 , and that a copy of the creditors' petition and summons was served on the Debtor in accordance with Fed. R. Bankr. P. 1010(a) and 7004(a) & (b) on 3/12/2016 . The Debtor has failed to file a motion or responsive pleading to the creditors' petition as required by Fed. R. Bankr. P. 1011. Therefore, pursuant to Fed. R. Bankr. P. 1013(b), it is appropriate to enter an Order for Relief. Accordingly, it is

**ORDERED**:

1. Pursuant to 11 U.S.C. § 303(h), relief is ordered against the Debtor.

2. Pursuant to Fed. R. Bankr. P. 1007(a)(2), the Debtor shall file a list of creditors containing the name and address of each entity included or to be included on Schedules D, E, F, G, and H within seven days from the date of entry of this order.

3. Pursuant to Fed. R. Bankr. P. 1007(c), the Debtor shall file a schedule of assets and liabilities and a statement of financial affairs within 14 days from the date of entry of this order.

4. The United States Trustee shall appoint an interim trustee, pursuant to 11 U.S.C. § 701(a)(1).

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.