

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/08/2016 01:30 PM

COURTROOM  6C, 6th Floor

**HONORABLE ROBERTA COLTON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:16-bk-00994-RAC | 7 | 02/17/2016 |

**Chapter 7**

**DEBTOR:**  Patchiammal Benjamin

**DEBTOR ATTY:**  NA

**TRUSTEE:**  Carla Musselman

**HEARING:**

TELEPHONIC APPEARANCE BY MOVANT
Motion for Relief from Stay re: 1853 CONCORD DRIVE, APOPKA, FL 32703 filed by Wells Fargo Bank (Doc #4)
Involuntary Debtor's Response to Motion for Relief from Stay (Doc #6)
Response to Debtor's Objection and Supplement to Secured Creditor's Motion For Relief From The Automatic Stay filed by Wells Fargo Bank, NA (Doc #16)
Note:
Involuntary Petition filed on 2/17/16 by Petitioning Creditor Rashan Wood (Doc #1)
Order for Relief entered 5/17/16 (Doc #9)
Section 341 Meeting of Creditors scheduled for 6/29/16 at 9:00 am (Doc #12)
Order Granting Extension of Time to File Schedules or Provide Information entered on 5/31/16 - extension granted through 6/27/16 (Doc #15)
Prior Cases:
14-bk-08978-CCJ, Chapter 13, Filed in the Middle District of Florida on 08/05/2014, Dismissed on 08/21/2014
15-bk-07714-CCJ, Chapter 13 filed in Middle District of Florida on 09/09/2015, Dismissed 10/06/2015
.

**APPEARANCES::**

ATTORNEY FOR WELLS FARGO BANK: AMISH MATCHANICKAL

**RULING:**
Motion for Relief from Stay re: 1853 CONCORD DRIVE, APOPKA, FL 32703 filed by Wells Fargo Bank (Doc #4), Involuntary Debtor's Response to Motion for Relief from Stay (Doc #6) and Response to Debtor's Objection and Supplement to Secured Creditor's Motion For Relief From The Automatic Stay filed by Wells Fargo Bank, NA (Doc #16) -   GRANTED; ORDER BY

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.