ORDERED.

Dated:  June 16, 2016

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

IN RE:                                                             CASE NO.: 6:16-bk-00994-RAC
                                                                            CHAPTER 7
Patchiammal Benjamin
aka Pachi Benjamin,

   Debtor.
_____/

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

THIS CASE came on for hearing on June 8, 2016, on WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2007-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2007-OPT5 ("Secured Creditor") Motion for Relief from the Automatic Stay (Docket No. 4).  The Court heard argument of the Parties and has based its decision on the record.  Accordingly, it is:

14-75729 - ChA

PAGE 1

**ORDERED**:

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362 is terminated as to the Secured Creditor's interest in the following property located at **1853 CONCORD DRIVE, APOPKA, FL 32703** in Orange County, Florida, and legally described as:

   **LOT 68, SURREY PARK, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 25, PAGE 41, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.**

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to obtain an *in rem* judgment against the property described above. Secured Creditor shall not seek an *in personam* judgment against Debtor.

4. Secured Creditor is further granted relief in order to contact the Debtor by telephone or written correspondence in order to discuss the possibility of a forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.

5. The Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

6. Attorneys' fees and costs in the amount of $526.00 are awarded for the prosecution of this Motion for Relief from Stay, but are not recoverable from the Debtor or the Debtor's Bankruptcy estate.

###

Attorney, Alicia Battern, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.