[Dostkamd] [Order Striking Amendment To Schedules]

ORDERED.

**Dated: June 29, 2016**



Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                           Case No. 6:16–bk–00994–RAC
                                                                                                 Chapter 7
Patchiammal Benjamin
aka Pachi Benjamin

_____Debtor*_____/

### *ORDER STRIKING AMENDMENT TO SCHEDULES E/F*

THIS CASE came on for consideration, without hearing, of the Amendment to Schedules ("Amendment") filed E/F , Doc. No. 24 . The Amendment is deficient as follows:

The filing fee prescribed by 28 U.S.C. § 1930(b) has not been paid.

A copy of the Notice of Bankruptcy Case, Meeting of Creditors and Deadlines was not served on the additional creditors pursuant to Local Rule 1009–1(e).

The Amendment does not contain an appropriate proof of service in compliance with Local Rule 9013–1.

Accordingly, it is **ORDERED:**

The Amendment to Schedules is stricken without prejudice and with leave to refile after having cured these deficiencies.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.