ORDERED.

Dated: July 21, 2016

*Roberta A. Colton*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| Patchiammal Benjamin, ) | Case No. 6:16-bk-00994-RAC |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

**ORDER DENYING DEBTOR'S MOTION FOR
RECONSIDERATION OF ORDER GRANTING MOTION FOR RELIEF FROM STAY**

THIS CASE came before the Court on Debtor's Motion for Reconsideration ("Motion"), filed on June 28, 2016. (Doc. No. 25). The Motion was heard on July 20, 2016. Upon consideration of the record, and for the reasons stated in open court, it is

**ORDERED** that the Motion is **DENIED**.

The clerk is directed to serve a copy of this order on interested parties who are non-CM/ECF users.