United States Bankruptcy Court
Middle District of Florida

In re:                                                                  Case No. 16-00994-RAC
Patchiammal Benjamin                                                    Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 113A-6      User: cfaye      Page 1 of 1      Date Rcvd: Aug 09, 2016
                      Form ID: Dntcdsr  Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2016.
db         +Patchiammal Benjamin,   1853 Concord Drive,   Apopka, FL 32703-7677
ptcrd      +Rashan Wood,   940 Stone Chapel Ct,   Apopka, FL 32712-2342
cr         +WELLS FARGO BANK, NATIONAL ASSOCIATION,   Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Ave,   Suite 100,   Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Wells Fargo Bank
                                                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2016                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2016 at the address(es) listed below:
          Alicia M Battern    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
           abattern@rasflaw.com,   bkyecf@rasflaw.com;Ras@ecf.courtdrive.com
          Alicia M Battern    on behalf of Creditor    Wells Fargo Bank abattern@rasflaw.com,
           bkyecf@rasflaw.com;Ras@ecf.courtdrive.com
          Carla P Musselman    cmusselman1@cfl.rr.com,   cmusselman@ecf.epiqsystems.com
          Charles R Sterbach    on behalf of U.S. Trustee    United States Trustee - ORL7/13
           Charles.R.Sterbach@usdoj.gov
          Keith Scott Labell    on behalf of Creditor    Wells Fargo Bank klabell@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov
                                                                                                    TOTAL: 6

**[Dntcdsr]** [Notice to Disregard]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                          Case No. 6:16−bk−00994−RAC
                                                                Chapter 7

Patchiammal Benjamin
aka Pachi Benjamin

_____Debtor(s)_____/

NOTICE TO DISREGARD

   Please disregard the Order Dismissing Appeal as Untimely Filed (Document No. 42 ) that was erroneously mailed on 8/9/2016 .   No further action is required.

   DATED on August 9, 2016

                                        FOR THE COURT
                                        Lee Ann Bennett , Clerk of Court

                                        George C. Young Federal Courthouse
                                        400 West Washington Street
                                        Suite 5100
                                        Orlando, FL 32801