United States Bankruptcy Court
Middle District of Florida

In re:  
Patchiammal Benjamin  
    Debtor

Case No. 16-00994-RAC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113A-6　　　　User: cfaye　　　　　　Page 1 of 1　　　　　　　Date Rcvd: Aug 09, 2016  
　　　　　　　　　　　　　Form ID: pdfdoc　　　　Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2016.
```
db             +Patchiammal Benjamin,    1853 Concord Drive,    Apopka, FL 32703-7677
ptcrd          +Rashan Wood,    940 Stone Chapel Ct,    Apopka, FL 32712-2342
cr             +WELLS FARGO BANK, NATIONAL ASSOCIATION,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave,    Suite 100,    Boca Raton, FL 33487-2853
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wells Fargo Bank
                                                                                             TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2016　　　　　　　　　　　　　　　　Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2016 at the address(es) listed below:
```
              Alicia M Battern    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
               abattern@rasflaw.com,    bkyecf@rasflaw.com;Ras@ecf.courtdrive.com
              Alicia M Battern    on behalf of Creditor    Wells Fargo Bank abattern@rasflaw.com,
               bkyecf@rasflaw.com;Ras@ecf.courtdrive.com
              Carla P Musselman    cmusselman1@cfl.rr.com,    cmusselman@ecf.epiqsystems.com
              Charles R Sterbach    on behalf of U.S. Trustee    United States Trustee - ORL7/13
               Charles.R.Sterbach@usdoj.gov
              Keith Scott Labell    on behalf of Creditor    Wells Fargo Bank klabell@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

[6apord2] [ORDER DISMISSING APPEAL]

ORDERED.

**Dated:  August 09, 2016**

_Roberta A. Colton_
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                       Case No. 6:16–bk–00994–RAC
                                                                             Chapter 7
Patchiammal Benjamin
aka Pachi Benjamin

_____Debtor*_____/

## ORDER DISMISSING APPEAL

   This case came on for consideration on the Notice of Appeal filed by Patchiammal Benjamin on August 8, 2016 (Document Number 37 ). The Notice of Appeal is appealing the Order Granting Motion For Relief From Stay andOrder Denying Motion for Reconsideration of Order Granting Motion For Relief From Stay which was entered on 06/16/2016 and 07/22/2016 (Document Number 20 and 35 ). The Notice of Appeal was filed more than 14 days after the entry of the order.

   Pursuant to Fed. R. Bankr. P. 8002(a), a notice of appeal must be "filed with the clerk of the bankruptcy court within 14 days of the date of the entry of judgment, order or decree appealed from". This requirement is mandatory and jurisdictional. In re Provan, 862 F.2d 318 (9th Cir. 1988); Matter of Aguilar, 861 F.2d 873 (5th Cir. 1988); Stelpflug v. Federal Land Bank of St. Paul, 790 F.2d 47 (7th Cir. 1986). Accordingly, it is

   ORDERED that this appeal is hereby dismissed as untimely.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.